# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

JUSTIN DEVEROUX,

    Plaintiffs,

vs.

TT MARKETING ,

    Defendant(s).

Case No.: 1:18-CV-00487-AWI-SAB

**[PROPOSED] ORDER RESETTING MOTION TO DISMISS HEARING DATE**

## [PROPOSED] ORDER RESETTING MOTION TO DISMISS HEARING DATE

Pursuant to the parties' stipulation, **IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss Hearing Date is reset to June 25, 2018 at 1:30 p.m. Plaintiff's Opposition to Defendant's Motion to Dismiss shall be filed no later than June 11, 2018 and Defendant's Reply to Plaintiff's Opposition shall be filed no later than June 18, 2018.

IT IS SO ORDERED.

Dated: May 17, 2018

_____
SENIOR DISTRICT JUDGE